Everett Waddey Company, Appellant, v. National Publishers Corpora-

* Appeal dismissed, 254 N. Y. ——.   † Appeal dismissed, 254 N. Y.

TION OF AMERICA, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the correspondence clearly shows an admission of the claim and that the counterclaim is insufficient in law upon the face thereof. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.